UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>  Plaintiff.<br><br>v.<br><br>AMIN MOHAMED GAZALI, et al.,<br><br>  Defendants. | Case No. 20-cv-05921-JCS<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Defendants shall appear on **March 4, 2022, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, by Zoom (Zoom Webinar 161 926 0804. Password: 050855), San Francisco, California, and then and there to show cause why the Court should not enforce the settlement agreement.

Defendants shall file a written response to this Order to Show Cause on or before **February 18, 2022**. Any response by the Plaintiff shall be filed on or before **February 25, 2022**.

IT IS SO ORDERED.

Dated: February 7, 2022

JOSEPH C. SPERO
United States Chief Magistrate Judge